UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JANNEL PRICHA MARY ROBERTSON,<br><br>　　　　　　　Defendant. | NO: 2:16-CR-0163-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is Defendant's Motion for Dismissal of Pre-trial Diversion (ECF No. 87). The motion was submitted for consideration without oral argument. Having reviewed the file and the records therein, the Court is fully informed.

On February 2, 2017, Defendant and the United States agreed to a 12-month term of pre-trial diversion. ECF No. 86. Contained in the agreement is a stipulation that if Defendant successfully completed 12 months of pre-trial diversion that the United States would "dismiss the Indictment with prejudice" and

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

"not charge Defendant with any other offenses stemming from the conduct set forth in the Indictment." *Id*. at 5. Defendant represents that she has successfully completed her supervision by the Probation Office. ECF No. 87 at 2. Defendant seeks dismissal of the Indictment. The United States indicates that it has no objection to Defendant's Motion to Dismiss. ECF No. 88.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Defendant's Motion for Dismissal of Pre-Trial Diversion (ECF No. 87) is **GRANTED**.

2. The Indictment (ECF No. 23) and the Superseding Indictment (ECF No. 68) are **DISMISSED** with prejudice.

The District Court Executive is directed to enter this order and provide copies to counsel, the U.S. Probation Office, and the U.S. Marshal's Service.

**DATED** February 14, 2018.



THOMAS O. RICE
Chief United States District Judge